# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3494
_____

Jonathan Robert Jennings Walker

*Plaintiff - Appellant*

v.

Sheriff Jason Watson; Chief Deputy Raymond Funderburk; Jail Administrator
Michael Lesher; Officer Clay; Manager/Cook Brenda, LNU, Food Service;
Representative Halbert Torraca, Tiger Correctional Services, Inc.; District
Manager James Gainous, Food Services for Tiger Correctional Services, Inc.; Jail
Administrator Fred Phillips, Clark County Detention Center; Tiger Correctional
Services, Inc.; Joyce Lamilla

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: December 28, 2023
Filed: January 5, 2024
[Unpublished]
_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jonathan Walker appeals following the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. *See De Rossitte v. Correct Care Sols., LLC*, 22 F.4th 796, 802 (8th Cir. 2022) (reviewing de novo the district court's grant of summary judgment). To the extent Walker raises other issues on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

——————————————

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.